# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| MARK HENDERSON, | ) | |
| | ) | |
|         **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | CIVIL NO. 10-68-P-H |
| | ) | |
| ATLANTIC PELAGIC SEAFOOD, INC., | ) | |
| | ) | |
|         **DEFENDANT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On November 18, 2010, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Motion to Set Aside Default and File Late Answer. The defendant filed an objection to the Recommended Decision on December 2, 2010. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion to lift the entry of default against it and permit the late filing of an answer is **DENIED**.

**SO ORDERED.**

**DATED THIS 9TH DAY OF DECEMBER, 2010**

                                            /S/D. BROCK HORNBY
                                            **D. BROCK HORNBY**
                                            **UNITED STATES DISTRICT JUDGE**